IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

ELVIRA CHEGARNOV,

                Plaintiff(s),

    v.

OREGON HEALTH & SCIENCE
UNIVERSITY, et al.,

                Defendant(s).

Civil No. 03:23-cv-00281-JR

**ORDER OF DISMISSAL**

IT IS ORDERED that Plaintiff's unopposed Motion to Dismiss Case [27] is GRANTED. This action is DISMISSED with prejudice as to all Defendants. Pending motions, if any, are DENIED AS MOOT.

Dated this 13th day of July, 2023.

                by    /s/ Jolie A. Russo
                         Jolie A. Russo
                         United States Magistrate Judge